UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>TAHOE BLUE PROPERTY, INC., a California Corporation; EMERALD BUSINESS GROUP, INC., a California Corporation; SEERAT, INC., a California Corporation; and Does 1-10,<br><br>    Defendants | **Case No**. 2:16-CV-00964-MCE-AC<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file Dispositional documents shall be extended up to and including to October 07, 2019.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

Order                                                                               2:16-CV-00964-MCE-AC