# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | **Case No**. 2:16-CV-00964-MCE-AC |
| Plaintiff, | ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |
| v. | |
| TAHOE BLUE PROPERTY, INC., a California Corporation; EMERALD BUSINESS GROUP, INC., a California Corporation; SEERAT, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file Dispositional documents shall be extended up to and including to November 05, 2019.

**IT IS SO ORDERED.**

**Dated: October 8, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1