# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAHOE BLUE PROPERTY, INC., a California Corporation; EMERALD BUSINESS GROUP, INC., a California Corporation; SEERAT, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-00964-MCE-AC<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby ordered DISMISSED with prejudice. Each party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 14, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE